IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LARRY WILLS**                                                                                               **PLAINTIFF**

**V.**                                          **CASE NO.  4:10CV00021 JMM**

**DEPARTMENT OF HUMAN SERVICES, ET AL.**                               **DEFENDANTS**

**ORDER**

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time.  If the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Plaintiff is directed to show cause within 10 days of entry of this Order why his complaint against defendants Stephanie Foresee and Alisa Wingler should not be dismissed without prejudice for failure of service of process within 120 days of the filing of the complaint.

IT IS SO ORDERED THIS   26    day of   May  , 2010.

James M. Moody
United States District Judge