IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LARRY WILLS**                                                                                          **PLAINTIFF**

**V.**                            **CASE NO.  4:10CV00021 JMM**

**DEPARTMENT OF HUMAN SERVICES, ET AL.**                     **DEFENDANTS**

**ORDER**

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure plaintiff's claims against defendants Stephanie Foresee and Alisa Wingler are dismissed without prejudice for failure of timely service of process.

IT IS SO ORDERED THIS  9   day of   July , 2010.

_____
James M. Moody
United States District Judge