## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LARRY WILLS**                                                                 **PLAINTIFF**

**v.**                            **4:10CV00021JMM**

**ARKANSAS DEPARTMENT OF**                              **DEFENDANTS**
**HUMAN SERVICES,** *et al.*

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the § 1983 claims against the Department of Human Services, and Stephanie Foresee and Debra Wingler in their official capacities are dismissed with prejudice. Plaintiff's Arkansas Civil Rights Act, outrage, and negligence claims are dismissed without prejudice.

IT IS SO ORDERED this ___9th___ day of July 2010.

                                                                            _____
                                                                            James M. Moody
                                                                            U.S. District Judge